IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARY LEWIS on behalf of**                                                            **PLAINTIFF**
**JOSEPH LEWIS**
**v.**                          **3:06CV00189 WRW/BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                  **DEFENDANT**

## **ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, as well as a de novo review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (#1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 13th day of December, 2007.

                                                  /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE