# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARY LEWIS on behalf of**                                          **PLAINTIFF**
**JOSEPH LEWIS**
**v.**                      **3:06CV00189 WRW/BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 13th day of December, 2007.

                                       /s/Wm. R. Wilson, Jr.
                             UNITED STATES DISTRICT JUDGE